# Exhibit 2

| US9491286B2 | Optimum Home Phone service ("The accused instrumentality") |
|---|---|
| 1. A method comprising: receiving an incoming call from a caller at a call control unit communicatively coupled to, or resident within a telephone, the call control unit being positioned between a telecommunication service provider providing the incoming call and the telephone, the incoming call being associated with a telephone number and the caller; and | The accused instrumentality discloses a method (e.g., call blocking method) comprising r eceiving an incoming call (e.g., receiving an unwanted incoming call from the caller) from a caller (e.g., anonymous caller, robocaller, etc.) at a call control unit (e.g., Robocall/spam call protection unit of the accused instrumentality) communicatively coupled to, or resident within a telephone (e.g., present within the smartphone using accused instrumentality), the call control unit (e.g., Robocall/spam call protection unit of the accused instrumentality) being positioned between a telecommunication service provider (e.g., calling service provider) providing the incoming call and the telephone (e.g., called user smartphone), the incoming call (e.g., unwanted incoming call) being associated with a telephone number (e.g., caller phone number) and the caller (e.g., the incoming call includes caller name, phone number, etc.).<br><br>As shown, the accused instrumentality includes stop robocalls feature for preventing calls from robocallers, spammers, etc. When a caller dials the number to a called user phone, the incoming call is received at the Robocall/spam call blocking unit of the accused instrumentality installed within the caller user smartphone. The accused instrumentality identifies robocallers, spammers, etc., using the caller information such as caller name, phone number, etc. |

| | |
|---|---|
| | <br>https://www.optimum.com/home-phone |

| | |
|---|---|
| |   https://www.optimum.net/pages/robocalls.html |




[https://www.reddit.com/r/OPTIMUM/comments/1g5txc0/call_blocking_scam_callers/?rdt=59475](https://www.reddit.com/r/OPTIMUM/comments/1g5txc0/call_blocking_scam_callers/?rdt=59475)

optimum. Internet TV Phone My





**What are robocalls?**

Robocalls are automated calls that deliver a recorded message to your phone. They are used to try to sell you something but can also be used for fraud and are often illegal.

**How do we stop them?**

Optimum is able to check a database of reported numbers, at the time of call, and block them from getting through to your phone. We stop them where they start.

## On or off, it's your call

**As an Optimum Phone customer, you are automatically signed up for Stop Robocalls.** We make sure that your phone line is protected against spam and unwanted solicitations. You are in control and may turn this feature off at any time.

https://www.optimum.net/pages/robocalls.html

**Anonymous Call Blocker**

Anonymous Call Blocker blocks incoming calls from callers who block their Caller ID information. Those callers can dial *82 to unblock Caller ID.

**Block unwanted callers**

Provides the subscriber the ability to maintain a list of 32 numbers from which the subscriber does not want to accept incoming calls.

https://www.optimum.com/home-phone

| | |
|---|---|
| querying, by the call control unit, a server to determine whether additional information associated with the telephone number and the caller exists, and if so, determining whether the additional information indicates that a negative characteristic is associated with at least one of the caller and the telephone number and, if so, performing a first operation on the incoming call responsively to the additional information, otherwise, performing a second operation on the incoming call responsively to an absence of the additional information. | The accused instrumentality discloses querying, by the call control unit (e.g., Robocall/spam call protection unit of the accused instrumentality), a server (e.g., server of the accused instrumentality) to determine whether additional information (e.g., additional information such as database of reported numbers, blocked numbers, etc.) associated with the telephone number (e.g., caller phone number) and the caller exists (e.g., determine whether caller number is present in database of reported numbers, blocked numbers, etc.), and if so, determining whether the additional information indicates that a negative characteristic (e.g., caller number present in database of reported numbers, blocked numbers, etc. indicates a spam or robocall) is associated with at least one of the caller and the telephone number (e.g., caller phone number) and, if so, performing a first operation (e.g., blocking the call or not forwarding the call) on the incoming call responsively to the additional information (e.g., caller number is present in database of reported numbers, blocked numbers), otherwise, performing a second operation (e.g., routing the call) on the incoming call responsively to an absence of the additional information (e.g., caller number is absent in database of reported numbers, blocked numbers, etc.).<br><br>As shown, when the caller dials the number, the Robocall/spam call protection unit of the accused instrumentality queries the app server to determine whether the caller phone number is present in database of reported numbers, blocked numbers, etc. where the database of reported numbers, blocked numbers is configured by the user and stored at server including harassing callers profiles to identify and block spam/robocalls. If the server determines that the caller number is present in database of reported numbers, blocked numbers, etc. which represent negative characteristic of the caller, the Robocall/spam call protection unit blocks the call and the call is not forwarded (e.g., a first operation). If the server determines that the caller number is absent in the database of reported numbers, blocked numbers, etc. the Robocall/spam call protection unit routes the call (e.g., a second operation) to the called user. |




https://www.optimum.net/pages/robocalls.html




[https://www.reddit.com/r/OPTIMUM/comments/1g5txc0/call_blocking_scam_callers/?rdt=59475](https://www.reddit.com/r/OPTIMUM/comments/1g5txc0/call_blocking_scam_callers/?rdt=59475)


optimum. Internet TV Phone My

**What are robocalls?**

Robocalls are automated calls that deliver a recorded message to your phone. They are used to try to sell you something but can also be used for fraud and are often illegal.

**How do we stop them?**

Optimum is able to check a database of reported numbers, at the time of call, and block them from getting through to your phone. We stop them where they start.

On or off, it's your call

**As an Optimum Phone customer, you are automatically signed up for Stop Robocalls.** We make sure that your phone line is protected against spam and unwanted solicitations. You are in control and may turn this feature off at any time.

https://www.optimum.net/pages/robocalls.html

| | |
|---|---|
| | <br>**You can block anonymous calls and specific phone numbers.**<br>If you don't want to accept an anonymous call, you can block them or type in the exact numbers you want to block.<br>Block Callers<br>https://www.optimum.net/pages/robocalls.html |

Anonymous Call Blocker

Anonymous Call Blocker blocks incoming calls from callers who block their Caller ID information. Those callers can dial *82 to unblock Caller ID.

Block unwanted callers

Provides the subscriber the ability to maintain a list of 32 numbers from which the subscriber does not want to accept incoming calls.

https://www.optimum.com/home-phone

optimum. Interne

Block Unwanted Calls (Anonymous Call Blocker)

Block Unwanted Calls, also known as Anonymous Call Blocker, lets you block unwanted and anonymous calls.

**Block Options**

- Block All Anonymous Calls - All calls you receive where the caller does not display their Caller ID information (name and number) will be blocked
- Block Selected Callers - You maintain a block list of up to least 32 phone numbers from which you want to block calls

https://www.optimum.net/FAQ/#/answers/a_id/275




https://www.optimum.net/FAQ/#/answers/a_id/275